IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MR. RONNIE MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAMDEN COUNTY JAIL,<br><br>　　　　　Defendant. | Civil Action<br>No. 16-5864 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

　　Plaintiff Ronnie Miller seeks to bring this civil action *in forma pauperis* ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-2.

　　Plaintiff did not sign the affidavit portion of the IFP application. He must acknowledge under penalty of perjury that the information contained in his application is true. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a signed, completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

　　An appropriate order follows.


**March 9, 2017**　　　　　　　　　　　　**s/ Jerome B. Simandle**
Date　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge